IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

v.                                                     12-cv-714-wmc

WARDEN WILLIAM POLLARD,
JEFFREY GARBELMAN, RYAN TOBIAZ,
LORI ALSUM, TONI MELI,
MS. KAMHAIS and
CAPTAIN O'DONOVAN,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under Fed. R. Civ. P. 41(b).

      /s/                                                    6/6/2013
Peter Oppeneer, Clerk of Court                         Date